FILED

01/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0528

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0528

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

ROBERT DAN FRENCH,

  Defendant and Appellant.

## ORDER LIFTING STAY OF APPEAL

The Court granted Appellant's request for a stay of this appeal on September 26, 2023, so the Cascade County District Court could rule upon Appellant's Motion for New Trial and Request for Evidentiary Hearing. The Cascade County District Court denied the motion and supplemented the appellate record with additional district court filings on December 20, 2023. Appellant now requests the stay be lifted. Good cause appearing, this Court HEREBY ORDERS that the stay in this matter is lifted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2024